46 So.2d 868

### Charlie THOMPSON v. STATE.
#### 6 Div. 968.

Court of Appeals of Alabama.
April 25, 1950.

Appeal from Circuit Court, Tuscaloosa County; W. C. Warren, Judge.

Attempt to transport.

A. A. Carmichael, Atty. Gen., for the State.

CARR, Judge.
Affirmed.

44 So.2d 924

### Lawton THOMPSON v. STATE.
#### 8 Div. 797.

Court of Appeals of Alabama.
Jan. 24, 1950.

Appeal from Law and Equity Court, Franklin County; W. H. Quillin, Judge.

Drunkenness.

A. A. Carmichael, Atty. Gen., for the State.

HARWOOD, Judge.
Appeal dismissed.

44 So.2d 925

### Lawton THOMPSON v. STATE.
#### 8 Div. 841.

Court of Appeals of Alabama.
Jan. 24, 1950.

Appeal from Law and Equity Court, Franklin County; W. H. Quillin, Judge.

Public drunkenness.

A. A. Carmichael, Atty. Gen., for the State.

CARR, Judge.
Appeal dismissed.

44 So.2d 925

### Lawton THOMPSON v. STATE.
#### 8 Div. 842.

Court of Appeals of Alabama.
Jan. 24, 1950.

Appeal from Law and Equity Court, Franklin County; W. H. Quillin, Judge.

Drunkenness.

A. A. Carmichael, Atty. Gen., for the State.

HARWOOD, Judge.
Appeal dismissed.

44 So.2d 925

### Lawton THOMPSON v. STATE.
#### 8 Div. 844.

Court of Appeals of Alabama.
Jan. 24, 1950.

Appeal from Law and Equity Court, Franklin County; W. H. Quillin, Judge.

Violating prohibition law.

A. A. Carmichael, Atty. Gen., for the State.

CARR, Judge.
Appeal dismissed.

48 So.2d 894

### Lawton THOMPSON v. STATE.
#### 8 Div. 928.

Court of Appeals of Alabama.
Aug. 22, 1950.

Appeal from Law and Equity Court, Franklin County; W. H. Quillin, Judge.

Drunkenness at residence.

CARR, Judge.
Affirmed.